Appeal of **DAVIDSON ORE MINING COMPANY.**                     Docket No. 873.

The deficiency is determined in accordance with stipulation filed by counsel.

Submitted January 28, 1925; decided February 12, 1925.

*J. A. Albrecht, Esq.*, for the taxpayer.

*George K. Bowden, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before JAMES, STERNHAGEN, TRAMMELL, and TRUSSELL.

This appeal is based on a deficiency in income and profits taxes for the year 1919. At the hearing of the case on January 28, 1925, counsel for the Commissioner was granted leave to file a stipulation entered into by counsel whereby it is agreed that a determination of the tax liability of the taxpayer for 1919 involves adjustments for prior years which result in an overassessment in the sum of $1,860.67 for the years prior to 1919, and a deficiency of $4,404.27 for the year 1919.

### DECISION.

The Board finds that there is an overassessment in the sum of $1,860.67 for the years prior to 1919; that the deficiency for the year 1919 is $4,404.27, and that the net deficiency for all the years is $2,543.60. The deficiency originally asserted by the Commissioner is allowed in part and disallowed in part.